# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**DONALD WRIGHT,**

       Petitioner,

       V.                     CASE NUMBER: **06-C-788**

**CIRCUIT COURT MILWAUKEE COUNTY**,

       Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Donald Wright's petition pursuant to Title 28, United States Code, Section 2254, is DENIED for failure to exhaust his state court remedies. Donald Wright's petition to proceed** *in forma pauperis* **is DENIED. This action is hereby DISMISSED.**

   August 15, 2006                             SOFRON B. NEDILSKY
Date                                               Clerk

                                                       s/ Linda M. Zik
                                                       (By) Deputy Clerk